.IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ARMANDO LOPEZ-CANADA,

    Plaintiff,

v.                                          CASE NO. 5:13-cv-00217-MP-CJK

DAVID CARROLL, et al.,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 13, 2015. (Doc. 39). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation (doc. 39) is adopted and incorporated by reference in this order.

2.    Defendants' motion to dismiss (doc. 32) is DENIED AS MOOT.

**DONE AND ORDERED** this   *31st*  day of August, 2015

                          *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge