IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ARMANDO LOPEZ-CANADA,

    Plaintiff,

v.                                              CASE NO. 5:13-cv-00217-MP-CJK

DAVID CARROLL, et al.,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 30, 2015. (Doc. 57). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Defendants' motion to dismiss as to the third claim, concerning allegations of verbal threats, is granted and dismissed with prejudice. This matter is remanded to the Magistrate Judge to consider the remaining four claims. It is worth noting, however, that these claims may also warrant dismissal under Defendants' motion on Doc. 59.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 57, is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss, Doc. 47, is GRANTED in part and DENIED in part as follows:
   a. Defendants' motion to dismiss this action based on Plaintiff's failure to exhaust administrative remedies is DENIED.
   b. Defendants' motion to dismiss Plaintiff's claims against Defendant Carroll concerning allegations of verbal threats (Claim III) is GRANTED and the claim is DISMISSED WITH PREJUDICE.
   c. Defendants' motion to dismiss Plaintiff's claims against Defendants Carroll and Lindsey concerning their provision of false statements to investigators and their failure to report a use of force (Claims IV and V) is DENIED.

3. This matter is remanded to the Magistrate Judge for further proceedings on Plaintiff's claims against Defendant Carroll (Claims I, II, and IV) and Defendant Lindsey (Claim V).

**DONE AND ORDERED** this  _30th_  day of November, 2015

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge