IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ARMANDO LOPEZ-CANADA,

    Plaintiff,

v.                                        CASE NO. 5:13-cv-00217-MP-CJK

DAVID CARROLL, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 1, 2015. (Doc. 64). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed to date.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, Doc. 64, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE.

3. Defendant's Motion to Stay and Issue an Order to Show Cause, Doc. 59, is DENIED AS MOOT.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this *4th* day of January, 2016

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
